1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  GEORGE BERRY STRONG,                          1:08-cv-00087-LJO-GSA-PC

12                          Plaintiff,

                                                 ORDER RESPONDING TO PLAINTIFF'S
13        v.                                      MOTION FOR SCREENING AND SERVICE
                                                 OF PROCESS
14  SUSAN HUBBARD, et al.,                         (Doc. 8.)

15                          Defendants.
                                              /
16

17        George Berry Strong ("plaintiff") is a state prisoner proceeding pro se and in forma

18  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on

19  January 17, 2008.  (Doc. 1.)  On April 11, 2008, plaintiff filed a motion for the court to screen

20  the complaint and provide him with the proper forms for service of process by the U.S. Marshal

21  on defendants in this action.  (Doc. 8.)

22        In his motion, plaintiff points out that he was granted leave to proceed in forma pauperis

23  but defendants remain to be served.  As plaintiff is aware, the court is required to screen

24  complaints brought by prisoners seeking relief against a governmental entity or officer or

25  employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court screens complaints in the

26  order in which they are filed and strives to avoid delays whenever possible.  However, there are

27  hundreds of prisoner civil rights cases presently pending before the court, and delays are

28  inevitable despite the court's best efforts.  Plaintiff's case has been placed on the screening

1

schedule and will be screened in due time.  With respect to service, the court will, *sua sponte*, direct the United States Marshal to serve the complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.  Plaintiff can rest assured that he will receive all orders issued in his case as long as he keeps the court apprised of his current address.

      Plaintiff's motion for screening and service is hereby RESOLVED by this order.

IT IS SO ORDERED.

**Dated:   July 24, 2008**           _____/s/ **Gary S. Austin**_____
                                      UNITED STATES MAGISTRATE JUDGE