# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERRY STRONG,<br><br>             Plaintiff,<br><br>      v.<br><br>SUSAN HUBBARD, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-00087-LJO-GBC PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS<br><br>(Doc. 19)<br><br>THIRTY-DAY DEADLINE |

   Plaintiff George Berry Strong ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January 17, 2008. (Doc. 1.)  A first amended complaint was filed on August 12, 2009. (Doc. 15.)  On November 9, 2010, the Magistrate Judge screened Plaintiff's complaint, and found that it states a claim against Defendants Hubbard and Clark for deliberate indifference in violation of the Eighth Amendment, but does not state any other claims for relief under section 1983.  28 U.S.C. § 1915A.  Plaintiff was given thirty days to file an objection to the findings and recommendations and no objection has been filed.  (Doc. 19.)

   Accordingly, IT IS HEREBY ORDERED that:

   1.   This action will proceed on Plaintiff's first amended complaint, filed August 12, 2009, against Defendants Hubbard and Clark for deliberate indifference in violation

        of the Eighth Amendment;

2.     Plaintiff's equal protection claim is dismissed, with prejudice, for failure to state a claim under section 1983; and

3.     This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

**Dated:**   **December 29, 2010**                 /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE