# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BERRY STRONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO: 1:08-cv-00087-LJO-GBC (PC)<br><br>ORDER GRANTING JOINT MOTION TO STAY DISPOSITIVE MOTION DEADLINE PENDING THE DISTRICT COURT'S RULING ON FINDINGS AND RECOMMENDATIONS<br><br>Doc. 37 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2012, the Court issued a scheduling order, establishing a dispositive motion deadline of March 12, 2012. Doc. 28. On January 30, 2012, the undersigned issued findings and recommendations, recommending dismissal of this action as barred by res judicata. Doc. 32. On March 8, 2012, the parties submitted a joint motion to stay the dispositive motion deadline pending the District Court's ruling on the findings and recommendations. Doc. 37. The Court HEREBY GRANTS the joint motion to stay the dispositive motion deadline pending the District Court's ruling on the findings and recommendations. Should the District Judge decline to adopt the findings and recommendations, the Court will lift the order staying the dispositive motion deadline and establish a new deadline at that time.

IT IS SO ORDERED.

Dated:   March 8, 2012

UNITED STATES MAGISTRATE JUDGE